12-16-2021

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DEC 20 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

DEAR U.S. DISTRICT C---- ----- AG 4:21-21CV-13600

With All due Respect, Please Allow me this Opportunity To Apologize. Somehow, in my Eagerness to Get my motion for Assistance of Counsel out Before the Holidays, I Inadvertently left out some "History of the Case." So If I may:

On 6-20-20, While Being Housed At The Tarrant County Jail (Green Bay facility), I Suffered A Very ugly and Serious fall. I was in my housing Area. Woke up For Breakfast, and upon leaving the Bathroom Area, on my way Back to my Bunk, I Encountered A large Pool of water on the floor. Needless to say, I sliped And Injured myself. Fortunatly, I Broke No Bones, However, from that Day to this Day, I Have Not Been able to Walk. Doctors at John Peter Smith (JPS) Hospital want to do "Back and Spine Surgery" in order to Relieve Pressure from my Spine. Twice, my Surgery was PostPoned, due to Covid-19. I'm Now in TDCJ, In A wheelchair, still unable to walk. The water I sliped in was Created from A "Night of Rain on The Outside of the facility." The majority of the facility floods whenever it rains. I was Housed at This facility for about Thirteen months, and during This Time, The ceiling (Roof) was Never Repaired, so whenever the Rain Came, we Knew, Because our Beds and Living Area would Be flooded. This is A Brief History of what my Civil Suit is about. Agian, I APologize For This Delay of Information to the Court.

Respectfully,
Joseph Roberts #00477620

JoSEPH RoBERTs
00477620

295 I H · 45 NoRTH
HuNtsvillE, Tx. 77320

NORTH HOUSTON TX 773
17 DEC 2021  PM 5  L

FOREVER / USA

UNiTED STATES DisTRicT CourT ClErk
NoRTHERN DisTRicT
501 WEST 10TH STREET · 301
FT. WoRTH, TEXAS  76102 - 3673

76102-366676

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION